# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| KEIRON KENNETH HOLMES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV419-135 |
| | ) | |
| STG SHEAROUSE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On July 17, 2019, the Court recommended the dismissal of Plaintiff's complaint for failure to comply with a Court order and return his Prisoner Trust Fund Account Statement and Consent to Collection of Fees forms. Doc. 6. Plaintiff has now returned those documents. Accordingly, the Court **VACATES** its prior recommendation.

Plaintiff also requests the opportunity to amend his complaint. Doc. 4. A party may amend a pleading once as a matter of course within 21 days after serving it. Fed. R. Civ. Pro. 15(a)(1)(A). Because plaintiff's complaint has not yet been served, this time has not expired. Accordingly, the Court **GRANTS** plaintiff's motion to amend. Plaintiff shall have 30 days from the date of this order to file an amended complaint with the Court. Plaintiff's new complaint will supersede his

current complaint; thus, he should not reference or seek to incorporate by reference in his original complaint.[1] The Court will screen plaintiff's complaint in a separate order.

**SO ORDERED,** this 29th day of July, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Clerk of Court is **DIRECTED** to provide a blank Prisoner Complaint Form along with a copy of this Order.