# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| KEIRON KENNETH HOLMES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV419-135 |
| | ) | CV419-194 |
| | ) | |
| SGT. SHEARHOUSE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff filed a complaint in Case No. CV419-194 on August 8, 2019. Doc. 1. However, this complaint appears to have been in response to a prior order of this Court in Case No. CV419-135 requiring plaintiff to file an amended complaint. Doc. 11. Rather than filing the complaint in that case, a new case was opened—possibly erroneously. Notably, letters from plaintiff have been filed in both cases and plaintiff has repeatedly attempted to amend his complaint piecemeal via letter. *See* Case No. CV419-135, doc. 16; Case No. CV419-194, doc. 16. Accordingly, plaintiff is **DIRECTED** to inform the Court within thirty days from the date of this Order whether he intends to pursue two separate cases—and if he does—he must file an amended complaint in

**each** case.¹  If he intends to pursue only one suit, he is **DIRECTED** to file a single amended complaint within thirty days from the date of this Order in Case No. CV419-135 **only**.  Plaintiff, however, is advised that—regardless of which option he chooses—his amended complaint will supersede the original complaint and therefore must be complete in itself.  *See Malowney v. Fed. Collection Deposit Grp.*, 193 F.3d 1342, 1345, 1345 n.1 (11th Cir. 1999) ("An amended complaint supersedes an original complaint"); *Varnes v. Local 91, Glass Bottle Blowers Ass'n of U.S. & Canada*, 674 F.2d 1365, 1370 n.6 (11th Cir. 1982) ("As a general rule, an amended complaint supersedes and replaces the original complaint unless the amendment specifically refers to or adopts the earlier pleading").

**SO ORDERED,** this 14th day of November, 2019.

/s/ Christopher L. Ray
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

¹ Plaintiff is warned, however, that if he chooses to pursue two separate suits fees will be assessed against him for **both** cases pursuant to 28 U.S.C. § 1915(b)(1).