IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KEIRON KENNETH HOLMES,

    Plaintiff,

v.

STG SHEAROUSE, *et al.*,

    Defendants.

CIVIL ACTION NO.: 4:19-cv-135

## O R D E R

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's November 9, 2020 Supplemental Report and Recommendation, (doc. 27), to which Plaintiff did not file objections. Accordingly, the Court **ADOPTS** the Report and Recommendation, (doc.27), as its opinion and **DISMISSES** Plaintiff's denial-of-access-to-the-courts claims.

**SO ORDERED**, this 17th day of December, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA