**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

KEIRON KENNETH HOLMES.,

   Plaintiff,

  v.

SGT. SHEAROUSE, et al.

   Defendants.

CIVIL ACTION NO.: 4:19-cv-135

**O R D E R**

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's July 23, 2021, Report and Recommendation, (doc. 64), to which plaintiff has not filed an objection.   Plaintiff has failed to prosecute this case.   (See id.)   The Court ADOPTS the Report and Recommendation as its opinion.   For the reasons discussed by the Magistrate Judge, the Complaint is **DISMISSED**.   All pending motions are **DIMSISSED** as moot.   (Docs. 43, 44, 51 & 52).   The Clerk of Court is DIRECTED to close this case.

  **SO ORDERED**, this 1st day of September, 2021.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA