AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

KEIRON KENNETH HOLMES,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:19-cv-135

SGT. SHEAROUSE, et al.,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated September 1, 2021, the Report and Recommendation of the Magistrate Judge is adopted as the Court's opinion. Plaintiff's Complaint is dismissed, and this case stands closed.

Approved by: _____

September 10, 2021      John E. Triplett, Clerk of Court
Date      Clerk

(By) Deputy Clerk

GAS Rev 10/2020